An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAO SIO I, AN INDIVIDUAL;
MILLENNIUM COMMODITY
TRADING PTY, LTD., A HONG KONG
CORPORATION AND MILLENNIUM
HOLDINGS PTY, LTD., A HONG KONG
CORPORATION,
Appellants,
vs.
ELRAY RESOURCES, INC., A NEVADA
CORPORATION,
Respondent.

No. 61717

FILED

MAR 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

In response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellants moved to voluntarily dismiss this appeal as premature. The motion is granted, and this appeal will be dismissed with the parties to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07920

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
         Leonard I. Gang, Settlement Judge
         Bogatz and Associates, P.C.
         Lewis & Roca, LLP/Las Vegas
         Leader & Berkon LLP
         Eighth District Court Clerk